No. 237.—RODRÍGUEZ DAPENA, peticionario, *v.* CORTE DE DISTRITO DE ARECIBO, HON. ENRIQUE LLOREDA, JUEZ, demandado.—Nov. 20, 1925. *Mandamus.* No habiendo el peticionario demostrado, ni de la faz de los hechos alegado, ni por medio de alegato, que tiene un claro derecho al remedio solicitado, *no ha lugar* a expedir el auto.

El Juez Asociado Sr. Franco Soto, disintió.

No. 2601.—EL PUEBLO, apdo., *v.* VILLANUEVA, aplte.—C. D. San Juan, Disto. 2º. Nov. 20, 1925. Portar armas. No apareciendo que existiéran los dos motivos de error que se alegan para que revoquemos la sentencia, pues la denuncia hecha por un policía según su información y creencia está de acuerdo con el artículo 22 del Código de Enjuiciamiento Criminal y con lo resuelto en los casos de *El Pueblo* v. *Nochera,* 23 D.P.R. 605, y de *El Pueblo* v. *Maymón,* 24 D.P.R. 61; y porque siendo la prueba contradictoria, la corte resolvió el conflicto de ella sin manifiesto error, se confirmó la sentencia apelada.

El Juez Asociado Sr. Wolf no intervino.

No. 3503. — TRÁPAGA, aplte., *v.* HERNÁNDEZ (SUCESIÓN), apltes., y NATIONAL CITY BANK OF NEW YORK, SAN JUAN BRANCH, interventor y apdo.—C. D. San Juan, Disto. 1º. Nov. 20, 1925. Cobro de dinero. Confirmada la sentencia apelada por los fundamentos del caso No. 3502 de *Alonso* v. *Sucn. Hernández y National City Bank,* de Nov. 20, 1925, (pág. 750).